Certificate Number: 16339-PAM-DE-036206679

Bankruptcy Case Number: 21-02438


16339-PAM-DE-036206679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2021, at 10:01 o'clock PM EST, Kevin Kesecker completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 15, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor