UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN SCOTT KESECKER : CHAPTER 13
    Debtor :
   :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
   :
    vs. :
   :
KEVIN SCOTT KESECKER :
    Respondent : CASE NO. 1-21-bk-02438

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 18th day of October, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid. Trustee calculates that approximately $184,029.00 is needed to fully fund the plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder
    Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this   18th   day of October, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA   17331

                                          /s/Deborah A. Behney
                                          Office of Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee

Case 1:21-bk-02438-HWV    Doc 34    Filed 10/18/22    Entered 10/18/22 11:27:02    Desc
Main Document    Page 2 of 2