UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  KEVIN SCOTT KESECKER          :  CHAPTER 13
          Debtor(s)                              :
                                                      :
        JACK N. ZAHAROPOULOS            :
        STANDING CHAPTER 13 TRUSTEE  :
          Movant                                :
                                                      :
          vs.                                       :
                                                      :
        KEVIN SCOTT KESECKER          :
          Respondent(s)                        :  CASE NO.   1-21-bk-02438


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

          AND NOW, this   6th   day of February, 2023, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about January 4, 2023 be withdrawn as all issues have been resolved.

                              Respectfully submitted:

                              /s/Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097


CERTIFICATE OF SERVICE

          AND NOW, this   6th   day of February, 2023, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA   17331

                              /s/Deborah A. Behney
                              Office of Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee