**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **KEVIN SCOTT KESECKER** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |
| | ) | **CASE NO. 1:21-bk-02438-HWV** |
| **MEMBERS 1ST FEDERAL CREDIT** | ) | |
| **UNION** | ) | |
| **MOVANT** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KEVIN SCOTT KESECKER, (Debtor)** | ) | |
| **HEATHER KESECKER a/k/a** | ) | |
| **HEATHER MARIE KESECKER** | ) | |
| **(Co-debtor)** | ) | |
| **RESPONDENTS** | ) | |
| | ) | |
| **JACK N. ZAHAROPOULOS** | ) | |
| **(Trustee)** | ) | |
| **Additional Respondent** | ) | |

**<u>DEBTOR'S RESPONSE TO MEMBER'S 1ST FEDERAL CREDIT UNION'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND OF 11
U.S.C. 1301 OF ACTION AGAINST CO-DEBTOR, HEATHER KESECKER A/K/A
HEATHER MARIE KESECKER RE:  2012 CTS-V8 CADILLAC</u>**

1. Movant, Member's 1st Federal Credit Union filed its Motion for Relief from Stay on
July 27, 2023.

2. Debtor acknowledges some vehicle payments are past due.

3. Debtor desires the opportunity to cure any post-petition vehicle arrears and keep his
vehicle.

4. Debtor requests the Court deny Movant's Motion for Relief.

**WHERFORE**, Debtor, Kevin Scott Kesecker prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed July 27, 2023, by Member's 1st Federal Credit Union.

Dated: July 28, 2023

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax