United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02438-HWV |
| Kevin Scott Kesecker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

**Recip ID**    **Recipient Name and Address**
\+    Heather Kesecker, 3596 Armory Lane, York, PA 17408-8800

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Karl M Ledebohm | on behalf of Creditor Members 1st Federal Credit Union kledebohm@epix.net |
| Nicholas G. Platt | on behalf of Debtor 1 Kevin Scott Kesecker ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| KEVIN SCOTT KESECKER | : CASE NO. 1:21-bk-02438-HWV |
| | : |
| DEBTOR | : |
| | : |
| MEMBERS 1ST FEDERAL | : |
| CREDIT UNION | : 11 U.S.C. Section 362 & 1301 |
| | : Motion for Relief from Automatic Stay |
| MOVANT | : |
| vs. | : |
| | : |
| KEVIN SCOTT KESECKER (Debtor) | : |
| HEATHER KESECKER a/k/a | : |
| HEATHER MARIE KESECKER | : |
| (Co-Debtor) | : |
| | : |
| RESPONDENTS | : |
| | : |
| Jack N. Zaharopoulos (Trustee) | : |
| Additional Respondent | : |

## ORDER

Upon consideration of the stipulation filed on August 25, 2023 (the "Stipulation") between Member's 1st Federal Credit Union ("Members 1st"); Debtor, Kevin Scott Kesecker; Co-debtor, Heather Kesecker, and Jack N. Zaharopoulos, Chapter 13 Trustee, in connection with the Motion for Relief from the Automatic Stay filed on behalf of Members 1st in the above captioned matter, **IT IS HEREBY ORDERED THAT** the Stipulation is **APPROVED**. A further Order of the Court shall be necessary to lift the Automatic Stay.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 28, 2023